**UNITED STATES OF AMERICA, Plaintiff—Appellee,**

v.

**Jorge Antonio BAUTISTA–MENDOZA, Defendant—Appellant.**

No. 02–10302.

D.C. No. CR–00–00066–DCB.

United States Court of Appeals,
Ninth Circuit.

---

Submitted June 16, 2003.*

Decided June 23, 2003.

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Jorge Antonio Bautista–Mendoza appeals from the revocation of supervised release and his resulting seven-month sentence. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Bautista–Mendoza's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

